FILED BY _AMB_ D.C.

05 NOV 29 PM 3:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                    No. _05-20416 D_

_Benjamin Owens_

ORDER ON ARRAIGNMENT

This cause came to be heard on _November 29, 2005_
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Ned German_      ADDRESS _FPD_

_____ PHONE NO. _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

Charges:

Assistant U.S. Attorney assigned to Case:

Age: _35_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11/30/05_



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20416 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT