IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 05-20416-D |
| BENJAMIN OWENS, | * | |
| Defendant. | * | |

## ORDER

Upon motion of the defendant, Benjamin Owens, without objection by the United States, and it appearing that said motion is well-taken and should be granted, the motion is hereby **GRANTED**.

Mr. Owens' bond is hereby lowered to $15,000 unsecured.

It is so **ORDERED**.

This, the 7th day of December 2005.

Honorable Bernice B. Donald
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20416 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT